FILED

02/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0004

_____

IN RE PETITION OF ROY J. KOEGEN FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

ORDER

FILED

FEB 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

    Roy J. Koegen has petitioned for reinstatement to active status in the State Bar of Montana. The petition states Koegen voluntarily chose inactive status on June 12, 2020. The petition form also provides that date for suspension for Continuing Legal Education (CLE) noncompliance, nonpayment of dues, and resignation of membership, but those appear to be incorrect. Upon inquiry by the Court, the State Bar reports that Koegen was not suspended and did not resign, but was delinquent on CLE reporting at the time he voluntarily chose inactive status in June 2020. Koegen has not yet completed his CLE reporting, and obtained a certification letter from the State Bar. Further, fees and dues will be owing to the State Bar to finish the reporting process and to move to active status.

    We cannot grant reinstatement at this time. Koegen is encouraged to contact the State Bar to clarify the requirements that remain before eligibility for reinstatement is obtained. Upon completion, Koegen may again petition for reinstatement. Therefore,

    IT IS HEREBY ORDERED that the petition of for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE.

    The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

    DATED this 2nd day of February, 2021.

Chief Justice

_____

_____

_____

_____

_____
Justices